Filed: 1/7/2025 8:15 AM
Clerk
Randolph County, Indiana

# IN THE CIRCUIT COURT FOR RANDOLPH COUNTY
# STATE OF INDIANA

CAUSE NO. **68C01-2501-CT-000025**

| | |
|---|---|
| BARBARA BARBER, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| FEDERAL EXPRESS CORPORATION, | ) |
| TRIBUTARY TRUCKING, INC., AND | ) |
| DAVID PADILLA, | ) |
| | ) |
| DEFENDANTS. | ) |

## COMPLAINT

Plaintiff Barbara Barber, by counsel, hereby asserts claims for relief against Defendants, Federal Express Corporation, Tributary Trucking, Inc., and David Padilla. In support hereof, the Plaintiff states and alleges:

1. At all times relevant herein, Barbara Barber was domiciled in Randolph County, Indiana.

2. At all times relevant herein, David Padilla was domiciled in Clark County, Ohio.

3. At all times relevant herein, Federal Express Corporation was doing business in the State of Indiana.

4. At all times relevant herein, Tributary Trucking, Inc. was doing business in the State of Indiana.

5. At all times relevant herein, David Padilla was an employee of Federal Express Corporation and working within the scope of said employment.

6. At all times relevant herein, Federal Express Corporation was a motor carrier subject to the provision of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

7. At all times relevant herein, David Padilla was an employee of Tributary Trucking, Inc. and working within the scope of said employment.

8. On September 9, 2024, at approximately 12:25 p.m., Barbara Barber was driving a Subaru on State Road 32 in Union City, Indiana.

9. At said date and time, David Padilla was operating a FedEx Truck from a driveway attempting to enter State Road 32.

10. At all times relevant herein, the FedEx Truck being operated by David Padilla was a commercial motor vehicle subject to the provisions of the Federal Motor Carrier Safety Regulation as incorporated by reference in Indiana Code §8-2.1-24-18.

11. At all times relevant herein, as the driver and operator of the FedEx Truck, David Padilla was subjected to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana §8-2.1-24-18.

12. At said date and time, David Padilla was negligent in operating the FedeEx Truck including failing to use reasonable care, failing to maintain proper control, failing to keep a proper lookout, driving at an unreasonable speed under the circumstances, and failing to yield the right-of-way.

13. On September 9, 2024, at approximately 12:25 p.m., the negligent conduct of David Padilla in operating the FedEx Truck was a responsible cause of a collision

with the Subaru being driven by Barbara Barber.

14. The negligent conduct of David Padilla was the unexcused violation of one or more laws designed to protect the class of persons, including Barbara Barber, against the type of harm which occurred because of the violation.

15. The negligent conduct of David Padilla was a responsible cause of Barbara Barber experiencing harms, including injuries, pain, suffering, and damages.

**WHEREFORE**, Plaintiff Barbara Barber prays that the Court enters a judgment against Defendants Federal Express Corporation, Tributary Trucking, Inc., and David Padilla for compensatory damages in an amount sufficient to remedy the harms to Plaintiff Barbara Barber, for costs, for a trial by jury on all issues in this cause, and all other just and proper relief in the premises.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/ *David W. Craig*
David W. Craig, #4356-98

/s/ *Scott A. Faultless*
Scott A. Faultless, #15736-49

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)